[No. 14141-8-II.   Division Two.   August 19, 1992.]

THE STATE OF WASHINGTON, *Respondent*, v. DAVID ALLAN BUDD, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 89-1-00107-0, Donald H. Thompson, J., entered July 24, 1990. *Affirmed* by unpublished opinion per Dolliver, J. Pro Tem., concurred in by Seinfeld, J., and Doran, J. Pro Tem.

[No. 14018-7-II.   Division Two.   August 19, 1992.]

NOLL HAFFNER, ET AL, *Respondents*, v. ST. MARTIN'S COLLEGE, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 89-2-00681-0, Paula Casey, J., entered May 25, 1990. *Reversed* by unpublished opinion per Alexander, J., concurred in by Petrich, C.J., and Morgan, J.

[No. 13752-6-II.   Division Two.   August 19, 1992.]

THE ESTATE OF JAMES WILLIAM BURKS, ET AL, *Appellants*, v. THOMAS MEADOWCROFT, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 89-2-04600-3, Thomas A. Swayze, Jr., J., entered March 16, 1990. *Reversed* by unpublished opinion per Petrich, C.J., concurred in by Morgan, J., and Worswick, J. Pro Tem.